James M. Kalamon, WSBA No. 7922
Paul S. Stewart, WSBA No. 45469
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
E-mail: james.kalamon@painehamblen.com
E-mail: paul.stewart@painehamblen.com

Attorneys for Defendant Framatome, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA BUCCARELLI and DINO BUCCARELLI,<br><br>    Plaintiffs,<br><br>vs.<br><br>FRAMATOME, INC.,<br><br>    Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant Framatome, Inc., by and through its attorneys, James M. Kalamon and Paul S. Stewart of Paine Hamblen LLP, hereby gives notice of removal, pursuant to 28 U.S.C. § 1446, of the above-entitled action from the Benton County Superior Court to the United States District Court for the Eastern District of Washington.

NOTICE OF REMOVAL - PAGE 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505
PHONE (509) 455-6000

1. The above-entitled action was filed on January 25, 2019, in Benton County Superior Court, under Cause No. 19-2-00319-03. Attached as Exhibit A is a true and correct copy of the Summons and Complaint, Civil Case Schedule Order, and the undersigned's Notice of Appearance, which constitute all the pleadings filed to date in the Benton County action.

2. On February 5, 2019, Framatome was served via Corporate Creations, its registered agent, with a copy of the Summons and Complaint and Civil Case Schedule Order.

3. The case involves a claim of wrongful termination from employment.

4. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) and is one which may be removed to this Court by Framatome pursuant to the provisions of 28 U.S.C. § 1441(c).

5. Plaintiffs are citizens of the State of Washington. Exhibit A, Complaint at ¶ 1.1.

6. Framatome is incorporated in the State of Delaware and its principal place of business, the place where Framatome's officers direct, control, and coordinate the corporation's activities, i.e., Framatome's "nerve center,"

*Hertz Corp. v. Friend*, 559 U.S. 77, 92–93, 130 S. Ct. 1181, 1192, 175 L. Ed. 2d 1029 (2010), is located in Lynchburg, Virginia. Exhibit B, Declaration of David Royer. Thus, Framatome is a citizen of Delaware and Virginia. 28 U.S.C. § 1332(c).

7. The Complaint does not state a specific dollar amount for money damages sought, but the amount in controversy exceeds $75,000.

In determining the amount in controversy, the Court may consider past and future economic damages, emotional distress damages, punitive damages, and attorney fees. *Lamke v. Sunstate Equip. Co., LLC*, 319 F. Supp. 2d 1029, 1032–33 (N.D. Cal. 2004). Framatome terminated Brenda Buccarelli's employment on or about August 3, 2017. Decl. of D. Royer at ¶ 5. Brenda has allegedly not worked since. Compl. at ¶ 3.45. At the time of her termination, Brenda received a base salary of $57,065 per year. Decl. of D. Royer at ¶ 6. In addition, Brenda received employment benefits. *Id.* at ¶ 7.

Plaintiffs' Complaint seeks damages including "actual damages, compensatory, economic and noneconomic damages," as well as injunctive and equitable relief, and attorneys' fees. Compl. at ¶¶ 11.1 – 11.5. Plaintiffs' attorney fees on this case could alone exceed $75,000. With Plaintiffs' attorney fees added to the other alleged damages specified above, the amount in

controversy exceeds $75,000.

8.  Thirty (30) days have not yet expired since this action became removable by Framatome to the United States District Court, Eastern District of Washington.

9.  Venue is proper in the Eastern District of Washington, pursuant to 28 U.S.C. § 1391(b), on the grounds that a substantial part of the events giving rise to the claim occurred within the Eastern District of Washington.

10. Pursuant to 28 U.S.C. § 1446(d), Framatome is giving written notice of the removal of this action to counsel for the Plaintiffs and filing a copy of the written notice with the Benton County Superior Court Clerk.

WHEREFORE, Framatome requests that the above-entitled action be removed from Benton County Superior Court to the United States District Court for Eastern District of Washington.

DATED this 1st day of March, 2019.

          PAINE HAMBLEN LLP

          By: /s/ James M. Kalamon
              JAMES M. KALAMON
              WSBA No. 7922
              PAUL S. STEWART
              WSBA No. 45469
              Attorneys for Framatome, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2019, I caused to be served the foregoing **NOTICE OF REMOVAL** by the method indicated below and addressed to the following:

| | | |
|---|---|---|
| _____ | VIA CM/ECF SYSTEM | William A. Gilbert |
| _X_ | VIA U.S. MAIL (Postage Prepaid) | Ashley A. Richards |
| _____ | VIA OVERNIGHT MAIL | Gilbert Law Firm, P.S. |
| _____ | VIA FAX TRANSMISSION | 421 West Riverside, Suite 353 |
| | | Spokane, WA 99201 |

   /s/ James M. Kalamon
JAMES M. KALAMON
WSBA No. 7922
PAUL S. STEWART
WSBA No. 45469
Attorneys for Defendant Framatome, Inc.
Paine Hamblen LLP
717 W. Sprague Ave., Suite 1200
Spokane, WA 99201-3505
(509) 455-6183
Fax: (509) 838-0007
E-mail: james.kalamon@painehamblen.com
E-mail: paul.stewart@painehamblen.com

I:\SPODOCS\40777\00003\PLEAD\1782600 v1