FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA BUCCARELLI and DINO BUCCARELLI, Husband and Wife and the marital community composed thereof,<br><br>     Plaintiffs,<br><br>     v.<br><br>FRAMATOME, INC., a foreign for-profit corporation, formerly named AREVA, INC.,<br><br>     Defendant. | No. 4:19-CV-05031-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 33. The parties stipulate and request that the Court dismiss this matter with prejudice and without awarding either party attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' negotiated settlement agreement, the Court finds good cause to accept the stipulation, enter it into the record, and dismiss this case.

//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 33, is **accepted** and **entered into the record**.

2. This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 17th day of May 2021.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE # 2**